### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRUCE CAMERON DAVIDSON**     ) | |
| )| |
| **Plaintiff,**      ) | |
| ) | |
| **v.**        ) | Case No. 1:24-cv-3520 |
| ) | |
| **FORT MYER CONSTRUCTION**    ) | |
| **CORPORATION**      ) | |
| ) | |
| **Defendant**      ) | |
| ) | |

### DEFENDANT FORT MYER CONSTRUCTION CORPORATION'S
### CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

Defendant, Fort Myer Construction Corporation ("Fort Myer"), with consent of Plaintiff, respectfully requests that this Court grant a 30-day extension of time for Fort Myer to file its Answer. As grounds for good cause to seek this extension of time, Fort Myer states as follows:

1. Plaintiff served his Complaint seeking damages for an alleged copyright infringement on Fort Myer on or about February 14, 2025.

2. Fort Myer's Answer is due on March 7, 2025.

3. Plaintiff graciously agreed to an extension for Fort Myer to file an Answer until April 7, 2025, so that the parties may discuss various matters including stipulations, limitation of issues, and/or resolution.

4. Fort Myer respectfully asserts that this motion is not filed for dilatory purposes and it is filed in the interest of justice.

5. . Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for Plaintiff to request consent to this motion. Plaintiff consents to this motion for extension of time.

WHEREFORE, Defendant Fort Myer Construction Corporation respectfully asks this Court to grant this motion for extension of time so that Fort Myer's Answer shall be due on or before April 7, 2025.

        Respectfully submitted,

        GLEASON, FLYNN, EMIG,
        & MCAFEE, CHARTERED

        */s/ Gerard J. Emig*
        Gerard J. Emig, Esq. #973609
        11 North Washington Street, Suite 400
        Rockville, MD  20850
        (301) 294-2110 (telephone)
        (301) 294-0737 (facsimile)
        ***Attorneys for Defendant***
        ***Fort Myer Construction Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th  day of March , 2025, a copy of the foregoing Motion for Extension was served electronically on:

Jordan I. Abisror, Esq.
SRIPLAW, P.A.
41 Madison Avenue
25th Floor
New York, New York 10010
*Counsel for Plaintiff*

        */s/ Gerard J. Emig*
        Gerard J. Emig, Esq. #973609